## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ferguson, Joyce

Printed:  1/8/08

Case Number:  03 B 48524
Judge:  Hollis, Pamela S
Filed:  12/1/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  November 19, 2007
Confirmed:  January 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,308.00 |  |
| Secured: |  | 5,965.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,090.63 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 551.64 |
| Other Funds: |  | 0.00 |
| Totals: | 10,308.00 | 10,308.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Americredit Financial Ser Inc | Secured | 5,965.73 | 5,965.73 |
| 3. | Internal Revenue Service | Priority | 1,886.39 | 1,090.63 |
| 4. | Portfolio Recovery Associates | Unsecured | 146.48 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 2.86 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 400.45 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 2.71 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 117.24 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 77.24 | 0.00 |
| 10. | Capital One | Unsecured | 90.70 | 0.00 |
| 11. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 12. | SSA | Unsecured |  | No Claim Filed |
| 13. | SSA | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,389.80 | $ 9,756.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 89.98 |
| 4% | 30.00 |
| 6.5% | 129.00 |
| 3% | 22.50 |
| 5.5% | 206.53 |
| 5% | 9.25 |
| 4.8% | 44.40 |
| 5.4% | 19.98 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ferguson, Joyce

      Printed:  1/8/08

Case Number:  03 B 48524

Judge:  Hollis, Pamela S

Filed:  12/1/03

_____
$ 551.64

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

